No. 93–966. CLARK *v.* UNITED STATES; DANIELSON *v.* UNITED STATES; DORMAN *v.* UNITED STATES; KOVAC *v.* UNITED STATES; PRIVE *v.* UNITED STATES; and TAITANO *v.* UNITED STATES. C. A. Armed Forces. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Ryder* v. *United*

*States, ante,* p. 177.